In the Interest of C.M., T.M.,
A.M., J.M., and N.M.

Nos. ED 80102–ED 80106.

Missouri Court of Appeals,
Eastern District,
Division One.

April 2, 2002.

William C. McIllroy, Bowling Green, MO, for appellant.

Mark S. Fisher, Bowling Green, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., ROBERT G. DOWD, JR., J.

## ORDER

PER CURIAM.

P.M. appeals from the five judgments terminating her parental rights in her five minor children, C.M., T.M., A.M., J.M., and N.M. The judgments are supported by substantial evidence and are not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgments of the trial court are affirmed pursuant to Rule 84.16(b).